1

JUDGE RICARDO S. MARTINEZ

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 05-188 RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING |
| | ) | JOINT MOTION CONTINUING |
| NO VAN NGUYEN, | ) | TRIAL AND PRETRIAL MOTIONS |
| | ) | DUE DATE |
| Defendant. | ) | |
| | ) | |

    THE COURT having considered the parties' joint motion to continue the date of trial and the pretrial motions date hereby makes the following findings:

    1.    The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

    2.    The Court further finds that the ends of justice will be served by ordering a continuance of the pretrial motions date and that a continuance is necessary to insure effective trial preparation.

(PROPOSED) ORDER GRANTING
JOINT MOTION CONTINUING DUE DATE OF PTM's
(No Nguyen; #05-188RSM)    1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1   IT IS THEREFORE ORDERED that the time within which pretrial motions must
2 be filed in this case is extended from June 22, 2005 to July 25, 2005.  The date of trial is
3 continued from July 18, 2005 to August 29, 2005.
4   DONE this __28___ day of June 2005.

 /s/Ricardo S. Martinez
RICARDO S. MARTINEZ
United States District Court Judge

Presented by:

s/  Brian Tsuchida
WSBA No. 14886
Attorney for Mr. Nguyen
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
Phone:  (206) 553-1100
Fax:  (206) 553-0120
Brian _Tsuchida@fd.org

*Telephonic Approval*

s/Lawrence Lincoln
Assistant United States Attorney
700 Stewart St., Suite 5220
Seattle, WA  98101-1271

(PROPOSED) ORDER GRANTING
JOINT MOTION  CONTINUING DUE DATE OF PTM's
(No Nguyen*;* #05-188RSM)                    2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**